**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

FILED
WILKES-BARRE
2010 JAN 12 AM 11:29
CLERK U.S. BANKRUPTCY COURT

January 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Brenda J. Thompson
    Bankruptcy Case No. 5-05-54038
    Unclaimed Funds For: Commonwealth Fin Service
                     PO Box 18036
                     Hauppauge NY 11788
                     Check No. 76130 $359.73
                     Check No. 76132 $962.09
                     Check No. 76134 $562.39

Dear Clerk:

Enclosed herewith please find the above check numbers drawn on the Fulton Bank representing unclaimed funds for the creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

*Carol A. Kreider*

Carol A. Kreider
Funds Manager